UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Leaf O'Neal, *Individually and on behalf of all others similarly situated, et al.*,

        Plaintiffs,

-against-

Frem Group, L.P., et al.,

        Defendants.
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 6, 2011

11 Civ. 02633 (PAC)
**TRANSFER ORDER**

HONORABLE PAUL A. CROTTY, United States District Judge:

The claims in the above-captioned case arose in Westchester County, New York. Pursuant to Rule 19 of the Rules for the Division of Business Among District Judges in the Southern District of New York, the Clerk of Court is directed to transfer and reassign the above-captioned case to the United States District Court in White Plains, New York.

Dated: New York, New York
      July 6, 2011

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

1