# FARUQI & FARUQI, LLP

ATTORNEYS AT LAW

369 LEXINGTON AVENUE, 10TH FLOOR
NEW YORK, NEW YORK 10017-6531
(212) 983-9330

**MEMO ENDORSED**

TELECOPIER: (212) 983-9331
WEBSITE:   www.faruqilaw.com

November 28, 2011

**VIA FACSIMILE**

The Honorable Cathy Seibel
United States District Judge
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

*If everything is on hold until 2/2/12, I'm not sure what for what we need the 12/6 conference. Parties should confer and send a follow-up letter if the 12/6 conference is not necessary.*

So Ordered.

Cathy Seibel, U.S.D.J.

11/28/11

Re:    *Leaf O'Neal, et al. v. Frem Group, L.P., et al.,*
        Civil Action No. 11-CV-2633

Dear Judge Seibel:

        This office represents plaintiffs in the above-captioned action. ~~Pursuant to the Court's~~ instruction of November 10, 2011, we write to update the Court on the parties' settlement discussions.

        The parties have scheduled a second mediation for February 2, 2012. This was the earliest date that could accommodate the mediator's schedule.

        In the meantime, the parties have exchanged additional documents including detailed timesheets and detailed draft affidavits. In addition, counsel for both parties met in person on November 22 to discuss settlement. Counsel were able to narrow some of the issues in the case and agreed to continue discussions.

        Accordingly, the defendants have agreed to toll the statute of limitations until the February 2, 2012 mediation.

        We look forward to seeing Your Honor on the 6th of December.

Respectfully submitted,

Adam R. Gonnelli
Counsel for Plaintiffs

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/11

ARG: lv
cc: Lori Meyers, Esq. (email)

# FARUQI & FARUQI, LLP

ATTORNEYS AT LAW

369 LEXINGTON AVENUE, 10TH FLOOR
NEW YORK, NEW YORK 10017-6531
(212) 983-9330

TELECOPIER: (212) 983-9331
WEBSITE:  www.faruqilaw.com

## FACSIMILE TRANSMITTAL COVER SHEET

**DATE:**         November 28, 2011

**COMPANY:**      Southern District of New York

**ATTENTION:**    Honorable Judge Cathy Seibel

**FAX NO.:**      (914) 390-4278

**RE:**           *Leaf O'Neal, et al. v. Frem Group, L.P., et al.,*
                  **Civil Action No.: 11-CV-2633**

**FROM:**         Adam Gonnelli

### WE ARE TRANSMITTING 2 PAGES INCLUDING THIS COVER SHEET.
### IF TRANSMISSION IS NOT COMPLETE, PLEASE CALL (212) 983-9330. THANK YOU.

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.