

620 Eighth Avenue

New York, New York 10018

(212) 218-5500

fax (212) 218-5526

www.seyfarth.com

Writer's direct phone

(212) 218-5583

Writer's e-mail

lmeyers@seyfarth.com

December 2, 2011

**VIA FACSIMILE**

The Honorable Cathy Seibel
United States District Court Judge
United States District Court
for the Southern District of New York
300 Quarropas Street, Courtroom 218
White Plains, New York 10601-4150

    Re:    *O'Neal et al. v. Frem Group, L.P. et. al.*, No. 11 CV 2633 (CS)(PED)

Dear Judge Seibel:

    This firm is counsel to Defendants with respect to the above-referenced matter. We write in response to Your Honor's endorsement to Mr. Gonnelli's letter of November 28, 2011. As directed by that endorsement, the parties have conferred and, in light of the February 2, 2012 mediation, the parties do not believe that the December 6, 2011 conference with the Court is necessary.

    Respectfully submitted,

    SEYFARTH SHAW LLP

    Lori M. Meyers

cc:    Adam Gonnelli
        Peter A. Walker

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/11

13996121v.1

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK

BRUSSELS  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA

# SEYFARTH SHAW LLP
ATTORNEYS

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
Fax (212) 218-5526
www.seyfarth.com

## Facsimile Transmission

Date:  December 2, 2011

| RECIPIENT | COMPANY | PHONE NO. | FAX NO. |
|---|---|---|---|
| **Hon. Cathy Seibel** | U.S.D.C. So. Dist. NY | | **914-390-4278** |
| **Adam Gonnelli** | Faruqi & Faruqi | 212-983-9330 | **212-983-9331** |

FROM:    Lori M. Meyers
PHONE:   (212) 218-5583
RE:      *O'Neal, et al. v. Frem Group, L.P., et al*    REPLY FAX NO.: (917) 344-1221
         No. 11 CV 2633 (CS)(PED)

| File No: | 74506-02 | Number of Pages, Including Cover: | 2 |
|---|---|---|---|

☐ Hard copy to follow              ☒ Hard copy will not follow
☐ Per your request                 ☐ Please review and revise if necessary
☐ Please telephone me

**MESSAGE:**

Please see attached letter

13588673v.1

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

ANY TAX INFORMATION OR WRITTEN TAX ADVICE CONTAINED HEREIN (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED TO BE AND CANNOT BE USED BY ANY TAXPAYER FOR THE PURPOSE OF AVOIDING TAX PENALTIES THAT MAY BE IMPOSED ON THE TAXPAYER. (THE FOREGOING LEGEND HAS BEEN AFFIXED PURSUANT TO U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE.)

**IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE PHONE (212) 218-5500 AS SOON AS POSSIBLE.**