UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LEAF O'NEAL, ALEXIS UBIERA, and IVAJLO MILANOV, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>-   against –<br><br>FREM GROUP, LP, STAMFORD CLUB MANAGEMENT, INC., YORKTOWN CLUB MANAGEMENT, INC, WESTCHESTER INDOOR TENNIS, LTD., STAMFORD INDOOR TENNIS CORPORATION, ELIZABETH GAGLIARDI; ROSEANN GAGLIARDI; FRANK GAGLIARDI and JOHN DeFILLIPO,<br><br>Defendants. | Civil Action No.  11 CV 2633 |

## CONSENT TO SUE FORM

I was employed by one or more of the defendants in the above-entitled action, *O'Neal, et al. v. Frem Group, L.P., et al.*, pending in the United States District Court for the Southern District of New York.  As such, I hereby consent to join and be a part of the case.

I hereby authorize the law firm of Faruqi & Faruqi, LLP to represent me in this action.

I understand that if my claim is successful, the fees of my lawyers will be paid by a percentage of any settlement obtained or monetary judgment entered in favor of the plaintiffs, and/or by any attorneys' fees which the defendants may pay pursuant to any settlement or court order.  If my claim is not successful, I understand that I will not owe my lawyers any fees.

_Robert Jensen_
Signature

_Robert Jensen_
Name (please print)

_250 Underhill Ave Apt.40_
Address

_Yorktown Hts. N.Y 10598_
City, State, Zip

_DEC. 8, 2011_
Date