UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
O'Neal,

                       Plaintiff,           **NOTICE OF COURT CONFERENCE**

     -against-                             11 Civ. 2633 (CS)

Frem,

                      Defendants.
-------------------------------------------------------------------x

A conference will be held before the Hon. Cathy Seibel, U.S.D.J. on

**March 2, 2012 at 10:30 a.m.** at the Charles L. Brieant United States

Courthouse, 300 Quarropas Street, White Plains, NY 10601, Courtroom 218.

                                                    Alice F. Cama, Courtroom Deputy

Dated:     White Plains, New York
              1/26/12

