

**SEYFARTH**
**ATTORNEYS SHAW** LLP



620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5583

Writer's e-mail
lmeyers@seyfarth.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

February 29, 2012

*3/2/12 conference adjourned to:*
*4/23/12 @ 3:30 p.m.*
*No further adjournments.*
**So Ordered.**

Cathy Seibel
Cathy Seibel, U.S.D.J.

Dated: 3/1/12

**VIA FACSIMILE**
**(914) 390-4278**

The Honorable Cathy Seibel
United States District Court Judge
United States District Court
for the Southern District of New York
300 Quarropas Street, Courtroom 218
White Plains, New York 10601-4150

Re:    *O'Neal et al. v. Frem Group, L.P. et. al.*, No. 11 CV 2633 (CS)(PED)

Dear Judge Seibel:

This firm is counsel to Defendants with respect to the above-referenced matter. We write with respect to the conference currently scheduled for March 2, 2012 at 10:30 a.m. The parties have held two mediation sessions and are continuing to work with the mediators to resolve this matter. In accordance with the discussions I had with Your Honor's Chambers this morning, I have conferred with Mr. Gonnelli and the parties do not believe that the March 2, 2012 conference with the Court is necessary. We respectfully request that such a conference be adjourned until late April in order to permit the mediation process to conclude.

Respectfully submitted,

SEYFARTH SHAW LLP

Lori M. Meyers

cc:    Adam Gonnelli
       Peter A. Walker

BRUSSELS   WASHINGTON, D.C.   SAN FRANCISCO   SACRAMENTO   NEW YORK   LOS ANGELES   HOUSTON   CHICAGO   BOSTON   ATLANTA

14238033v.1

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK ♲



620 Eighth Avenue

New York, New York  10018

(212) 218-5500

Fax (212) 218-5526

www.seyfarth.com

# Facsimile Transmission

Date:  February 29, 2012

| RECIPIENT | COMPANY | PHONE NO. | FAX NO. |
|---|---|---|---|
| **Hon. Cathy Seibel** | U.S.D.C. So. Dist. NY | | **914-390-4278** |
| **Adam Gonnelli** | Faruqi & Faruqi | 212-983-9330 | **212-983-9331** |

FROM:      Lori M. Meyers

PHONE:    (212) 218-5583

RE:          ***O'Neal, et al. v. Frem Group, L.P., et al***      REPLY FAX NO.: **(917) 344-1221**
              **No. 11 CV 2633 (CS)(PED)**

| File No: | 74506-02 | **Number of Pages, Including Cover:** | 2 |
|---|---|---|---|

☐ Hard copy to follow            ☒ Hard copy will not follow
☐ Per your request               ☐ Please review and revise if necessary
☐ Please telephone me

**MESSAGE:**

Please see attached letter

13588673v.1

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU

ANY TAX INFORMATION OR WRITTEN TAX ADVICE CONTAINED HEREIN (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED TO BE AND CANNOT BE USED BY ANY TAXPAYER FOR THE PURPOSE OF AVOIDING TAX PENALTIES THAT MAY BE IMPOSED ON THE TAXPAYER. (THE FOREGOING LEGEND HAS BEEN AFFIXED PURSUANT TO U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE.)

**IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE PHONE (212) 218-5500 AS SOON AS POSSIBLE.**