UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Leaf O'Neal,

                        Plaintiff,

**NOTICE OF ADJOURNMENT OF CONFERENCE**

     -against-

Frem Group,

11 Civ. 2633 (CS)

                       Defendant.
-----------------------------------------------------------------x

The conference previously scheduled by this Court for April 23, 2012

*is adjourned by this Court to May 1, 2012 at 4:00 p.m.*

at the Charles L. Brieant United States Courthouse, 300 Quarropas St., White

Plains, NY 10601, Courtroom 621.

Alice F. Cama, Courtroom Deputy

Dated: White Plains, New York
       April 16, 2012



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/12