UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Leaf O'Neal, etc.,                Plaintiff

        v.

Frem Group, L.P.
        Defendant.
------------------------------------X

**ORDER OF REFERENCE
TO A
MAGISTRATE JUDGE**

11 Civ. 2633 (CS)

The above entitled action is referred to the Honorable Paul E. Davison,

United States Magistrate Judge, for the following purpose(s):

| | |
|---|---|
| ___ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ___ HABEAS CORPUS |
| ___ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ___ INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ___ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ___ SOCIAL SECURITY |
| ___ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | _X_ SETTLEMENT |
| | ___ CONSENT UNDER 28 U.S.C. 636(C) FOR ALL PURPOSES (including trial) |
| | ___ CONSENT UNDER 28 U.S.C. 636(C) FOR LIMITED PURPOSE OF |
| ___ JURY SELECTION | |

Dated: 5/2/12
White Plains, New York

SO ORDERED:

_Cathy Seibel_
United States District Judge

* Do not check if already referred for General Pre-Trial.

P:\FORMS\Order of Reference.wpd

Rev. 9/10

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2012