UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEAF O'NEAL, ALEXIS UBIERA, and IVAJLO MILANOV, Individually and on Behalf of all Others Similarly Situated, <br><br>       Plaintiffs, <br><br> - against - <br><br>FREM GROUP, L.P., STAMFORD CLUB MANAGEMENT, INC., YORKTOWN CLUB MANAGEMENT, INC., WESTCHESTER INDOOR TENNIS, LTD., STAMFORD INDOOR TENNIS CORPORATION, ELIZABETH GAGLIARDI, ROSEANN GAGLIARDI, FRANK GAGLIARDI and JOHN DEFILLIPO, <br><br>       Defendants. | Case No. 11-CV-2633 |

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2012, I caused true and correct copies of the foregoing NOTICE OF MOTION, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND ISSUANCE OF NOTICE UNDER THE FAIR LABOR STANDARDS ACT, DECLARATION OF ADAM GONNELLI with EXHIBITS and [PROPOSED] ORDER to be served upon defense counsel listed below via First Class Mail, postage pre-paid and via Electronic Mail:

SEYFARTH SHAW LLP
Peter A. Walker, Esq.
Lori M. Meyers, Esq.
620 Eighth Avenue, 32nd Floor
New York, NY 10018
Email:  pwalker@seyfarth.com
    lmeyers@seyfarth.com

            /s/Adam Gonnelli
            Adam R. Gonnelli