## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2012, I caused the foregoing Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for Conditional Certification and Declaration of Peter A. Walker, together with Exhibits A through L thereto, to be served via Federal Express and electronic mail on counsel for Plaintiffs at the following address:

>Adam Gonnelli, Esq.
>Faruqi & Faruqi, LLP
>369 Lexington Avenue, 10th Floor
>New York, NY 10017
>E-mail: agonnelli@faruqilaw.com

*Jeremi Chylinski*