

**SEYFARTH SHAW** LLP
ATTORNEYS

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5583

Writer's e-mail
lmeyers@seyfarth.com

October 8, 2013

**VIA FACSIMILE**
**(914) 390-4278**

The Honorable Cathy Seibel
United States District Court Judge
United States District Court
for the Southern District of New York
300 Quarropas Street, Courtroom 218
White Plains, New York 10601-4150

   Re: <u>O'Neal et al. v. Frem Group, L.P. et. al.</u>, No. 11 CV 2633 (CS)(PED)

Dear Judge Seibel:

  This firm is counsel to Defendants with respect to the above-referenced matter. We write in response to Your Honor's Order dated October 1, 2013 with respect to the Settlement Agreement in this matter. Defendants' withdraw their request for *in camera* review and sealing of the Agreement. We have communicated our decision to Plaintiffs' counsel and he has no objection to our withdrawal of our prior request for *in camera* review and sealing of the Agreement.

  Thank you for your attention to this matter.

          Respectfully submitted,

          SEYFARTH SHAW LLP

          Lori M. Meyers

cc: Adam Gonnelli
   Christopher Marlborough
   Peter A. Walker

LONDON  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA

16263170v.1

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK